UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MALIBU MEDIA, LLC,

                      Plaintiff,

    -against-

JOHN DOE, subscriber assigned IP address
107.14.54.50,

                      Defendant.

-------------------------------------------------------------- x

**ORDER TO SHOW CAUSE**

16 Civ. 1235 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I previously denied early discovery in these cases, for the reasons stated in my order and opinion dated July 6, 2015. *See* Order and Opinion, *Malibu Media LLC v. John Doe*, 1:15CV4369 (AKH) (S.D.N.Y. July 6, 2015). I ordered that the case proceed in normal fashion. To this date, no defendants listed as "John Doe" have been served in either of these cases.

    Under Federal Rule Civil Procedure Rule 4(m), the summons and Complaint must be served upon defendants within 120 days from the date of the filing of the Complaint. The time limit for service in these two cases has passed. To this date, Plaintiff has failed to file a request for additional time to comply with Rule 4(m).

    Plaintiff is hereby ordered to show cause why these cases should not be dismissed for failure to comply with the requirements of Rule 4(m), by July 1, 2016.

    SO ORDERED.

Dated:    June 17, 2016
              New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge